## COURTESY SANDWICH SHOP, INC., ET AL. v. PORT OF NEW YORK AUTHORITY ET AL.

No. 399. Decided November 12, 1963.

*Edward S. Greenbaum, Morris L. Ernst, Leo Rosen, W. Bernard Richland* and *Jerome M. Alper* for appellants.

*Sidney Goldstein* and *Daniel B. Goldberg* for appellees.

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Daniel M. Cohen,* Assistant Attorney General, *Arthur J. Sills,* Attorney General of New Jersey, and *Theodore I. Botter,* First Assistant Attorney General, for intervenor-appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.